A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. §1983

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Jeffrey Jones )
_____ )
_____ )
_____ )
(Enter above the full name of the
plaintiff or plaintiffs in this
action.)
)
v. )
)
Officer Monico )
_____ )
_____ )
_____ )
(Enter above the full name of the
defendant or defendants in this
action.)

**00-6102**

**CIV-HURLEY**

MAGISTRATE JUDGE
SORRENTINO

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983

This packet includes four copies of a complaint form and two copies of a forma pauperis petition. To start an action you must file an original and one copy of your complaint for each defendant you name and one copy for the court. For example, if you name two defendants, you must file the original and three copies of the complaint. You should also keep an additional copy of the complaint for your own records. <u>All copies of the complaint must be identical to the original.</u>

<u>The clerk will not file your complaint unless it conforms to these instructions and to these forms.</u>



Your complaint must be legibly handwritten or typewritten. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, you may use the reverse side of the form or an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 120.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauparis. Two blank petitions for this purpose are included in this packet. One copy should be filed with your complaint; the other copy is for your records. After filling in the petition, you must have it notarized by a notary public or other officer authorized to administer an oath.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk of the United States District Court for the Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I.   Previous Lawsuits   N/A

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
                                     Yes ( )    No (✓)

   B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit

         Plaintiffs: ___NO_____
         
         _____

Defendants: _N/A_

2. Court (if federal court, name the district; if state court, name the county): _N/A_

3. Docket number: _N/A_

4. Name of judge to whom case was assigned: _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

6. Approximate date of filing lawsuit: _N/A_

7. Approximate date of disposition: _N/A_

II. Place of present confinement: _South Fla Reception Center PO BOX 028538 MIAMI FLA 33102_

A. Is there a prisoner grievance procedure in this institution?
   Yes ( )   No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )   No (✓)

C. If your answer is YES:

   1. What steps did you take? _N/A_

   2. What was the result? _N/A_

D. If your answer is NO, explain why not: _Because I though nothing would be done about it, as I wrote to City Hall Ft. Laud Fla._

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same additional plaintiffs, if any.)

A. Name of plaintiff _Jeffrey Jones_
   Address _1420 N.W 32 Ter, Ft. Lauderdale Fla 33311_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _Officer "Monico"_
   is employed as _Ft. Lauderdale Police Officer_
   at _City of Ft. Lauderdale Police Dept._

C. Additional Defendants: _____

_____
_____
_____
_____
_____

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not

give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

ON Dec. 25 1997 OFFICER Monico And The Victum arrested Me for Strong Arm Robbery + Violation of Parol. After 6 Yr. The Charge were Nolle Prosequi By Judge L. Holmes & Raag Singhal were My attorney hired by the state. Out of all Court Apperances The Victum + the arresting officer did Not once Show for Any Court Apperances. Victum V Donkle And officer Monico Never Showed for Court Apperances. Innocent til Proven Guilty, I were Never Found Guilty. On Sept 4 1998 I was Reinstated on My Parol, I was Turn Loose on A EMCY Release From South FLA Reception Center. At that time Ms. Cindy Zimmermen were The Chair person who Recommend Me to Be Reinstated 1998. I'm Still Suffering Because My Civil Rights were Violated I Have Done Nothing Wrong. Also This is a Tort Complaint. This 97 Case Should Come up In the Computers. I'm on Sinaquin Medication for Being Depressed, And Ended up on the Streets Having No Where to Go., H.R.S Gave Me food stamps.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Need to Be Reinburse all Working Hrs 5 days a week 8 Hrs Per day for all the months

I Lost The Apartment I Had
I Lost The Job I Had
I ENed up on the Streets
I Went to H.R.S After Being Release
on A EMCY Release From South Fla. Reception
Center, to Apply for food stamps I Lost
Everything, And Still My Life is
Mess up,

I was Lock-up for nothing
I did nothing wrong
#2 the Case were Nolle Proscqui
3. I never were found Guilty
4. my parol were Reinstated By the parol Board ms. Cindy Zimmerman 7491906

Signed this \_\_\_19th\_\_\_ day of \_\_\_January\_\_\_, 19 2000

_____
Jeffrey Jones
(Signature of plaintiff
or plaintiffs)

**VERIFICATION**

State of \_\_Florida\_\_ )
County of \_\_Dade\_\_ )

_____Jeffrey Jones_____, being first duly sworn, under oath, says: that he is the plaintiff in this action and knows the content of the above complaint; that it is true of his own knowledge, except as to those matters that are stated in it on his information and belief, and as to those matters he believes to be true.

_____
Jeffrey Jones
(Signature of affiant-plaintiff)

Subscribed and sworn to before me

this \_\_19th\_\_ day of \_\_January\_\_,
19 2000

_____

OFFICIAL NOTARY SEAL
MICHEL P VAYSSIE
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC836124
MY COMMISSION EXP. MAY 11,2003