CHRISTOPHER C. CLONEY P.A.
The Advocate Building
315 Southeast Seventh Street
Suite 200
Fort Lauderdale, Florida 33301
Telephone (954) 523-7272
Fax (954) 761-8224
Email justice@gate.net

00-6102

CIV - HURLEY

MAGISTRATE JUDGE
SORRENTINO

November 23, 1999

Jeffrey Jones, FL99-6829
P.O. Box 9356
Fort Lauderdale, FL 33310

Dear Mr. Jones:

Thank you for your letter. At the outset, it appears you wish to pursue a claim based on the December, 1997 arrest. Who do you feel violated your rights? Why was the case dropped by the State?

If you feel police misconduct resulted in an erroneous arrest, you may have a civil rights claim. You should immediately discuss this with the attorney that was appointed to that case. There are statutes of limitations which will prevent any action if too much time has elapsed. Talk to your attorney.

FAlse

Sincerely,

Christopher C. Cloney

CCC/ekj

I WROTE TO THIS Attorney AND HE SUGGESTED FOR ME TO CONTACT AN ATTORNEY which I do NOT HAVE.. THIS 1997 CASE MISCONduct IS AN ERRONEOUS ARREST. MY Rights WERE Violated MR. RAAG SINGHAl Were INFORMED But HE WORKS FOR the State. Ft. Lauderdale, FlA.

1. The charge Were Nolle PROSEQUI
2. I WERE Released ON A EMCY Release ON Sept. 4 1998.

Judge, L. HOMES Assigned RAAG SINGHAL To this 97 CASE.. PRIVATE Suppose to Be. He WON'T ANSWER,. THIS CASE should Be in The COMPUTER I forgot Case #. Sorry