UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No __D/K December 25, 1997 "CASE" out Come, Nolle Prosequi Charged, Strong Arm Robbery & Violation of Parol, But Were Reinstated

Note, I forGot the Case, #'s which should be in THe Computer. Sorry

## 00-6102
## CIV-HURLEY

MAGISTRATE JUDGE
SORRENTINO

### MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW, __Jeffrey Jones__ petitioner in the above-styled cause and, pursuant to the provisions of Title 28, United States Code, Section 1915, respectfully moves for leave to proceed in forma pauperis without prepayment of fees, costs or security given therefor.

Dated: _____      __Jeffrey Jones__
                                    Signature

### AFFIDAVIT IN SUPPORT OF MOTION
### TO PROCEED IN FORMA PAUPERIS

1. __Jeffrey Jones__, being first duly sworn, depose and say that I am the petitioner in the above-entitled case; that in support of my motion to proceed in forma pauperis without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that the nature of this action is as follows:

__Dec 25 97 I Were Locked-Up And Charge With Strong Arm Robbery & Violation of Parol THe Charged We:"Nolle Prosequi" And I Were Reinstated on my Parol And left South Fla, L.C on A EMCy Release Sept 4 98__

I further swear that the responses which I have made to questions and instructions hereinbelow relating to my ability to pay the cost of this action are true.

1. Are you presently employed?   Answer: __NO__

  a. If answer is "yes", state the amount of your salary or wages per month and give the name and address of your employer
  b. If answer is "no", state the date of last employment, and the amount of the salary and wages per month which you received

__"DAN," "Labor Pool" W. Broward Blvd. Labor Helper Sept, Oct, Nov 98 $110.00 Per Mon__

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments interest, dividends, or other source?   Answer: __YES, BACK TAX U.S Treasury check $35.10 From Labor World.__

  a. If answer is "yes", describe each source of income, and state the amount received from each during the past twelve months

3  Do you own any cash or checking or savings account?    Answer: __NO__

   a  If answer is "yes", state the total value of the items owned

   _____

   _____

4  Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishing and clothing)?    Answer: __NONE__

   a. If answer is "yes", describe property and state approximate value.

   _____

   _____

5  List the persons who are dependent upon you for support and state your relationship to those persons.

   Mother Annette Jones    7392637 (954)
   Sister Karen Jones      3165880 (954)

   I fully understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury

   _____Jeffrey Jones_____
                  Signature

SUBSCRIBED AND SWORN TO before me this

__19__ day of __January 2000__.

_____

OFFICIAL NOTARY SEAL
MICHEL P VAYSSIE
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC836124
MY COMMISSION EXP. MAY 11,2003