IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL **00-6102**
IN AND FOR                                       FLORIDA.

CASE NO. D/K Dec 97 Case

JEFFREY JONES
Plaintiff/Petitioner

v.

OFFICER MONICO
Defendant/Respondent

**CIV - HURLEY**

MAGISTRATE JUDGE
SORRENTINO

### AFFIDAVIT OF INDIGENCY
### (PRISONER INTERVENING IN OR INITIATING A JUDICIAL PROCEEDING)

STATE OF FLORIDA
COUNTY OF {name} BROWARD

BEFORE ME personally appeared {name} JEFFREY JONES who, after being sworn, states:

1. My full name is JEFFREY JONES and I am also known by the following alias(es) and nickname(s):

2. I am currently incarcerated at {name of facility} South F/A Reception Center located in {city and state} MIAMI F/A. My prisoner identification number is D644989. My full mailing address is: PO BOX 028538 MIAMI F/A 33102

3. I was found guilty or pled guilty/no contest to the following crime(s) {list Court(s), case number(s), offense(s), date of conviction(s) and sentence(s) imposed}: THE Charge Were Strong-Arm Robbery which the charge Were Nolle Prosequi

4. The nature and amount of my current income are as follows {list the source, entitlement and amount of any income you now receive}: $/#35.10 U.S TREASURY check # 13529310 I Worked out of Labor Pools

4
BR

5. I own the following real property (land) {*describe the nature and location of real property*}:

N/A

6. I own the following tangible and intangible property worth more than $100 {*describe any property or possessions you own worth more than $100 and list an approximate value for each*}:

N/A

7. I am in possession of cash in the amount of: N/A

8. The balances of all checking, savings and money-market accounts held by me are as follows {*list the financial institution and the current balance for each account*}: 0   I Have Nothing & Anothing to Offer.

9. The names and ages of my dependents are as follows: N/A

10. I owe the following debts {include the names of all creditors and the amount owed to each}:

N/A

11. My monthly expenses are as follows {list all monthly expenses and the amount of each}:

N/A

12. I have been adjudicated indigent under §57.085 (Fla. Stat.)¹, certified indigent under §57.081 (Fla. Stat.), or authorized to proceed as an indigent under 28 U.S.C. §1915 by a federal court on the following occasions *(list each Court, case name and number, and date of adjudication, certification or authorization to proceed as an indigent)*: _____

☆ THE PRISONER MUST ATTACH TO THIS AFFIDAVIT A PHOTOCOPY OF THE PRISONER'S TRUST ACCOUNT RECORDS FOR THE PRECEDING SIX (6) MONTHS OR FOR THE LENGTH OF THE PRISONER'S INCARCERATION, WHICHEVER PERIOD IS SHORTER.

I am unable to pay court costs and fees. Under penalty of perjury, I swear or affirm that all statements in this affidavit are true and complete.

DATED: 1-19-2000

Signature of Prisoner: Jeffrey Jones
Prisoner No.: D644989
Printed name: Jeffrey Jones
Address: P.O BOX 028538
City: Miami   State: FLA   Zip: 33102

STATE OF FLORIDA
COUNTY OF {name} DADE

Sworn to (or affirmed) and subscribed before me on {date} 19th January, ~~Zooby~~ {name} _____

NOTARY PUBLIC - STATE OF FLORIDA

*{Print, type or stamp commissioned name of notary)*

OFFICIAL NOTARY SEAL
MICHEL P VAYSSIE
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC836124
MY COMMISSION EXP. MAY 11,2003

___ Personally known
✓ Produced identification   Type of identification produced

644989

¹ See Ch. 96-106, Laws of Fla. (effective July 1, 1996).