**00-6102**
**CIV-HURLEY**
MAGISTRATE JUDGE
SORRENTINO

On December 25/97  Sorry I forgot case #

I Were Arrested For Strong Arm Robbery & Violation of Parol

#1. The charge went FROM Strong Arm robbery to Robbery, FROM Robbery to Battery, FROM A Felony to A M.M.

2. June 98 I'm thinking I'm Going to trail The charge Were NOLLE PROSEQUI

* 3. I Sat in Jail FROM 12.25.97 to Sept 4, 98 for Nothing.

* 4. Sept 4, 1998 I Were Released on A "EMCY" Released FROM South Fla. Reception Center, PAROL Were Reinstated & THE Charge Were NOLLE PROSEQUI

5. INNOCENT Til PROVEN Guilty I Were Never Guilty or FOUND Guilty.

6. I Lost My Roof over My Head.
7. I Lost My 8 Hrs A day 5 days Per Wk JOB & Ended up Homeless Because of Officer MONICER:

I didn't Appreciate Officer MONICO Showed up for My Parol hearing, Why? I Were Reinstated.

Thank u
BR

City Hall Mr. Larry Granderson 100 N. Andrews Ave. Ft. Lauderdale Fla 33301-1016 <u>Risk Mang</u>: Wrote me a false claim Arrest Letter He stated to me

I Received your Letter and I wish not to talk to you, I want to hear from your Attorney Have him to write me a letter about the out come of your case. And have your Attorney to File This Rule Number cccc (ccf). I Don't Remember what Date.

I went to Mr. L. Granderson Office and spoke to him, Nothing yet has been done.

Mr. Raag Singhal were appointed to me by Judge L. Holmes by the State. He would know this Case.

I Do Think Mr. L. Granderson wanted to do something about this case Case he told me to Have Him to File a Rule #. So Now I'm Filing a Civil Suit

What was I Locked-up for ?????

# DETAINEE PROPERTY INVENTORY AND TRANSFER FORM

(Note:    Do not include evidence or weapons.)

SS 767 7/0204
D·O·B 4-3-63

Defendant's Name: _____
                    (Last)              (First)              (Middle)

Arrest No. _____  Date: __/__/__  Time: _____  Pouch: _____

Bulk: _____  Location Taken: _____

U.S. Currency: ___/___/___/___/___/___/_____  U.S. Coin: _____
               (1's) (5's) (10's) (20's) (50's) (100's) (Total)        (Total)

TOTAL MONEY AMOUNT: _____  Initials: _____  _____
                                               (Defendant)        (Authority)

Watch: _____          Ring: _____
       (Make/Color/Band)                      (Metal/Stone Color)

Bracelet: _____          Earrings: _____

Necklace: _____          Radio: _____
                                               (Make/Model)

Driver's License: _____          Wallet: _____  Purse: _____

Belt: _____  Keys: _____  Credit Cards: ~~scribbled out~~

Miscellaneous: INCOME TAX / YOU CAN LOOK INTO IT,                35.10

By my signature, I acknowledge that the above described property is all the property, other than that retained as evidence, in my possession at the time of my arrest.

_____          _____/_____
(Signature of Defendant)                (Person Taking Property)   (CCN#)

I certify that the above inventory is correct and I have received all items listed:

By my signature, I acknowledge receipt of all of the above listed property at the time of my release from the Broward County Jail.

_____/__/__
_____/__/        X _____
_____/__/           (Signature of Defendant)

                                     _____/_____
                                     (Release Authority)    (CCN#)

Note:    Any money or tangible property left by a defendant at the jail, after their release, will be held for 30 days only. Any property left beyond this period will be disposed of.

B SO DB #21 (Rev. 6/85)

DEFENDANT