UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Jeffrey Jones,
Plaintiff,

CASE NO. 00-6102-CIV-Hurley
MAGISTRATE JUDGE CHS

V.

**PARTIAL FILING FEE PAYMENT**

Monico,
Defendant,

_____/

The Court having Ordered the Plaintiff to pay the filing fee in set installments and upon receipt of such payments, in the amount of $ 10.00, the Clerk notifies the Court of the amount collected. The payment was received on 8/14/00, receipt number 826841.

DONE at the Federal Courthouse Square, Miami, Florida, this 08/14/00.

CLARENCE MADDOX
CLERK OF COURT

By: _____
Deputy Clerk

c: United States Magistrate Judge
   Plaintiff

```
Mon Aug 14 12:28:47 2000

    UNITED STATES DISTRICT COURT

    MIAMI           , FL

Receipt No.   102 826841
Cashier       troy

Check Number:  006595

DO Code    Div No
 4680        1

Sub Acct Type Tender       Amount
1:5100PL  AR    2           10.00
2:5100PL  AR    2           10.00

Total Amount        $       20.00

JEFFREY JONES

00CV6102 00CV6393
```