```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 00-6102-Civ-HURLEY
                                    MAGISTRATE JUDGE SORRENTINO
JEFFREY JONES,                  :

        Plaintiff,              :

v.                              :   ORDER OF DISMISSAL
                                    28 U.S.C. §1915(e)(2)
OFFICER MONICO,                 :

        Defendants.             :
_____
```

For the reasons stated in the Report of the Magistrate Judge and upon independent review of the file, it is

ORDERED AND ADJUDGED as follows:

1. As to all claims against the defendant Monico, the complaint, as supplemented, is dismissed, pursuant to 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915(e)(2)(B)(iii), for failure to state a claim upon which relief can be granted.

2. This case is closed.

3. All pending motions not otherwise ruled upon by separate Order are dismissed, as moot.

DONE AND ORDERED at West Palm Beach, Florida, this 26th day of August, 2000.

Daniel T. K. Hurley
UNITED STATES DISTRICT JUDGE

cc: Jeffrey A. Jones, Pro Se